**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In The Matter Of:                           In Bankruptcy:

JOHN J ZELLER                               Case No. 08-70676-MBM
MICHELLE ZELLER                             Chapter 7
                                            Hon. MARCI B. McIVOR
                  Debtor(s)
_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

To the Clerk of the United States Bankruptcy Court:

        The attached check in the amount of $4.54 represents the total sum of under $5.00

dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and

addresses of the parties associated with these dividends are as follows:

| Claimant | Claim No. | Amount of Dividend |
|----------|-----------|--------------------|
| Verizon Wireless Midwest | 6 | $4.44 |
| PO Box 3397 | | |
| Bloomington, IL 61702 | | |

                                            **Total:  $4.44**


                                            Respectfully Submitted,


                                            /s/ Gene R. Kohut_____
                                            21 Kercheval Avenue, Suite 285
                                            Grosse Pointe Farms, MI 48236
                                            Phone: (313) 886-9765
                                            E-mail: ecftrustee@gktrustee.com
Dated: 12/23/2009                           [P47413]